1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LUNA-SILVA

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,           )  No. CR-09-00197 JF
                                         )
11 |             Plaintiff,              )  STIPULATION AND [PROPOSED]
                                         )  ORDER CONTINUING HEARING
12 | vs.                                 )
                                         )
13 | CARLOS LUNA-SILVA,                  )
                                         )
14 |             Defendants.             )
   |_____)
15

16                              **STIPULATION**

17        The parties, by and through their respective counsel, hereby stipulate and agree that the

18 status hearing currently set for Thursday, April 9, 2009 may be continued to Wednesday, April

19 15, 2009 at 9:00 a.m.  The reason for the requested continuance is to permit the parties to

20 continue settlement negotiations and to accommodate scheduling conflicts of both counsel.

21        The parties further stipulate and agree that six days may be excluded from the time within

22 which trial shall commence, as reasonable time necessary for effective preparation and continuity

23 of counsel, taking into account the exercise of due diligence, pursuant to Title 18, United States

24 Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

25

26

   Stipulation and [Proposed] Order Continuing
   Hearing, CR 09-00197 JF                          1

1  Dated: April 6, 2009

2                                          s/_____
                                           CYNTHIA C. LIE
3                                          Assistant Federal Public Defender

4  Dated: April 7, 2009

5                                          s/_____
                                           CHAD MANDELL
6                                          Assistant United States Attorney

7
                                    **[PROPOSED] ORDER**
8
   Good cause appearing and by stipulation of the parties, it is hereby ordered that the status
9
hearing of Thursday, April 9, 2009 shall be continued to Wednesday, April 15, 2009 at 9:00 a.m.
10
   It is further ordered that six days shall be excluded from the time within which trial shall
11
commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation
12
and continuity of counsel, taking into account the exercise of due diligence, pursuant to Title 18,
13
United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).
14

15
   Dated: April 9, 2009
16
                                           _____
17                                         JEREMY FOGEL
                                           United States District Judge
18

19

20

21

22

23

24

25

26

Stipulation and [Proposed] Order Continuing
Hearing, CR 09-00197 JF                    2